1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KATHLEEN RAY,                            )
                                         )
                    Plaintiff,           )          Case No.  2:12-cv-00581-KJD-CWH
                                         )
vs.                                      )          **ORDER**
                                         )
DEUTSCHE BANK NATIONAL TRUST             )
COMPANY,                                 )
                                         )
                    Defendants.          )
_____  )

This matter is before the Court on Plaintiff's Motion Requesting Permission for Late Filing of Plaintiff's Certificate of Interested Parties (#10), filed May 3, 2012.

Pursuant to Fed. R. Civ. P. 7.1, the Certificate of Interested Parties is due with a party's "first appearance, pleading, petition, motion, response, or other request addressed to the court . . . ." Fed. R. Civ. P. 7.1(b)(1).  After review, the Court finds that there is good cause to extend the deadline for Plaintiff to file the certificate.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Permission for Late Filing of Plaintiff's Certificate of Interested Parties (#10) is **granted**.  Plaintiff shall file her Certificate of Interested Parties by **May 18, 2012**.

DATED this 4th day of May, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**