# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN RAY, ) | |
|        Plaintiff, ) | Case No.  2:12-cv-00581-KJD-CWH |
| vs. ) | **ORDER** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, ) | |
|        Defendants. ) | |

This matter is before the Court on Plaintiff's Motion Requesting Permission for Late Filing of Plaintiff's Certificate of Interested Parties (#10), filed May 3, 2012.

Pursuant to Fed. R. Civ. P. 7.1, the Certificate of Interested Parties is due with a party's "first appearance, pleading, petition, motion, response, or other request addressed to the court . . . ." Fed. R. Civ. P. 7.1(b)(1).  After review, the Court finds that there is good cause to extend the deadline for Plaintiff to file the certificate.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Permission for Late Filing of Plaintiff's Certificate of Interested Parties (#10) is **granted**.  Plaintiff shall file her Certificate of Interested Parties by **May 18, 2012**.

DATED this 4th day of May, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**